UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT L. FUNCHES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DAVID MITCHELL, in his official capacity as Property Management Director of the WALLA WALLA HOUSING AUTHORITY, a political subdivision of the State of Washington,<br><br>　　　　　　Defendant. | NO: 12-CV-5029-TOR<br><br>ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation and Joint Motion for Order of Dismissal (ECF No. 28). The Court grants the motion pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This case is hereby dismissed with prejudice without an award of costs or attorney's fees to either party.

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

The parties' joint motion for dismissal with prejudice (ECF No. 28) is **GRANTED**. All claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** this 4th day of September, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2